IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AARON V. PERRY, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) KANSAS STAR CASINO, LLC, et al., ) ) Defendants. ) ) | CIVIL ACTION No. 24-1183-KHV |

## ORDER

For substantially the reasons stated in Plaintiff's Unopposed Motion For FLSA Conditional Collective Certification And Supporting Memorandum (Doc. #2) filed October 11, 2024, the Court sustains plaintiff's motion.  **Under the Fair Labor Standards Act, 29 U.S.C. § 216(b),** t**he Court conditionally certifies a collective defined as follows: All persons employed as table games dealers and included within a tip pooling arrangement at a casino property operated by a defendant at any time from January 1, 2022 to March 8, 2024.  The Court approves the Notice Plan, Notice and Consent to Join Form, which are attached as Exhibit 2 to Plaintiff's Unopposed Motion For FLSA Conditional Collective Certification And Supporting Memorandum (Doc. #2).**

**IT IS SO ORDERED**.

Dated this 30th day of October, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge