IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| AARON V. PERRY, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>KANSAS STAR CASINO, LLC, et al.,<br><br>   Defendants. | Case No. 6:24-CV-01183-KHV-ADM |

**PLAINTIFF'S RENWED MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT**

Pursuant to 29 U.S.C. § 216(b), Plaintiff moves the Court for an order approving the parties FLSA collective action settlement in full. As Plaintiff understands the Court's Order granting in part Plaintiff's original motion for settlement approval, the Court has already found that: (1) final collective certification is appropriate (Doc. 44 at 5-6); (2) the settlement resolves a *bona fide* dispute of FLSA coverage (*id*. at 6-8); and (3) the settlement is a fair and reasonable resolution (*id*. at 8-9). Plaintiff thus further requests the Court (4) grant Plaintiff Perry a $1,100 service award for the reasons stated in Plaintiff's opening brief (Doc. 41 at 26-29) and as set out in the Court's Order (Doc. 44 at 12); (5) award Plaintiff's counsel 25% of the settlement fund as attorneys' fees totaling $245,250; (6) award Plaintiff's counsel's advanced litigation expenses of $414.60 ($405 filing fee plus $9.60 in PACER costs) for the reasons stated in Plaintiff's opening brief (Doc. 41 at 26); and (7) grant final approval of the FLSA collective settlement and instruct the parties to carry out the terms of the Settlement Agreement.

Dated: September 30, 2025                    Respectfully submitted:

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, KS Bar No. 16805
Alexander T. Ricke, KS Bar No. 26302
Benjamin J. Stueve, KS Bar No. 28515
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:      (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
ben.stueve@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, D. Kan. Bar No. 78128
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:     (816) 781-0002
Facsimile:      (816) 781-1984
ryan@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:    */s/ Alexander T. Ricke*

**ATTORNEY FOR PLAINTIFF**